# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZBETH COLON,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARAIN, et al.,<br><br>            Defendants. | 1:13cv02109 DLB PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT JONES<br><br>(Document 28) |

Plaintiff Lizbeth Colon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding on Plaintiff's First Amended Complaint for violation of the Eighth Amendment against Defendants Jones and Arain.

The Court issued a Discovery and Scheduling Order on March 30, 2015. At the time, only Defendant Arain had appeared in the action.

Defendant Jones has now appeared in this action.

///

///

///

1

Accordingly, the Court EXTENDS application of the March 30, 2015, Discovery and Scheduling Order to Defendant Jones.  Initial disclosures shall be due within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 18, 2015**                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE