# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZBETH COLON,<br><br>                Plaintiff,<br><br>     vs.<br><br>ARAIN, et al.,<br><br>                Defendants. | ) 1:13cv02109 DLB PC<br>)<br>) ORDER DIRECTING DEFENDANTS TO<br>) CONSENT TO OR DECLINE UNITED<br>) STATES MAGISTRATE JUDGE<br>) JURISDICTION WITHIN **TEN** DAYS<br>)<br>)<br>)<br>)<br>) |

    Plaintiff Lizbeth Colon ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding on Plaintiff's First Amended Complaint for violation of the Eighth Amendment against Defendants Jones and Arain. An order to show cause to Plaintiff why this action should not be dismissed is pending.

    This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants have now appeared in the action.

Therefore, Defendants shall notify the Court within ten (10) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

   Dated:   **September 23, 2015**                              /s/ Dennis L. Beck
                                                                                    UNITED STATES MAGISTRATE JUDGE